Isidro ORTIZ–SANCHEZ, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–75370.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 6, 2006.

Filed Dec. 21, 2006.

Steven P. Brazelton, Osborne, Jenkins & Gamboa, Reno, NV, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Carl H. Mcintyre, Jr., Paul Fiorino, Esq., Kristin K. Edison, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: REINHARDT, KOZINSKI and IKUTA, Circuit Judges.

### MEMORANDUM*

Petitioner is not entitled to relief from the current removal order because he doesn't contest that he reentered the country without permission from the Attorney General. *See Ramirez–Juarez v. INS,* 633 F.2d 174, 176 (9th Cir.1980) (per curiam); *Hernandez–Almanza v. INS,* 547 F.2d 100, 102 (9th Cir.1976). Nor may he collaterally attack his prior removal order during the course of these proceedings. *See Ramirez–Juarez,* 633 F.2d at 176; *see also* 8 C.F.R. § 1003.2(d).

**DENIED.**

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.